A. FLOYD HARRELL v. FIRST UNION NATIONAL BANK

No. 635A85

(Filed 5 March 1986)

PLAINTIFF appeals as a matter of right, pursuant to N.C.G.S. § 7A-30(2), from a decision of a divided panel of the Court of Appeals, 76 N.C. App. 666, 334 S.E. 2d 109 (1985), affirming the judgment entered by *Brown, J.,* on 2 March 1984 in Superior Court, WILSON County. Heard in the Supreme Court 11 February 1986.

*Carr, Gibbons, Cozart and Jones, by L. H. Gibbons, for plaintiff-appellant.*

*Connor, Bunn, Rogerson & Woodard, P.A., by James F. Rogerson, for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.